IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT EARL JACKSON LITTLE, #164338, <br><br> Plaintiff, <br><br> v. <br><br> LARRY NIXON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:21-CV-539-WHA-KFP <br> ) <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on October 3, 2022. Doc. 3. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 24th day of October 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE